STATE OF MAINE

YORK, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-03-171

CARL RANKEL,

Plaintiff

v.

ORDER

ESTATE OF ARMAND GADBOIS and
STATE FARM V.P. MANAGEMENT CORP.,

Defendants

NOV 1 2003

This complaint, based on an August 1, 1998 motor vehicle accident, will be dismissed against defendant State Farm as there is no final judgment against its insured Armand Gadbois, *See* 24-A M.R.S.A. §2904. Thus a "reach and apply" action is premature.

The complaint will also be dismissed against the defendant estate as Mr. Gadbois died on June 21, 1999 and a personal representative for his estate was not appointed within 3 years of his death. *See* 18-A M.R.S.A. §3-108(a). A personal representative is necessary before an estate can be sued and, as it is now too late to have a personal representative appointed, it is too late to sue the estate. See *In re Estate of Kruzynski*, 2000 ME 17, ¶¶4-6, 744 A.2d 1054, 1055-6 and 18-A M.R.S.A. §3-104.

The entry is:

Complaint dismissed as to both defendants.

Dated:    October 30, 2003

Paul A. Fritzsche
Justice, Superior Court

Amy B. McGarry, Esq. - PL
Roger O'Donnell, III, Esq. - Def. State Farm V.P. Management Corp.